IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 CV 46

| | | |
|---|---|---|
| TAMALA G. BAILEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| PFIZER INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Stephen D. Martin's Application for Admission to Practice *Pro Hac Vice* of Mark S. Cheffo. It appearing that Mark S. Cheffo is a member in good standing with the New York State Bar and will be appearing with Stephen D. Martin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Stephen D. Martin's Application for Admission to Practice *Pro Hac Vice* (#7) of Mark S. Cheffo is **GRANTED**,

and that Mark S. Cheffo is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Stephen D. Martin

Signed: February 4, 2014

Dennis L. Howell
United States Magistrate Judge