# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13cv46

| | |
|---|---|
| TAMALA G. BAILEY, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| PFIZER, INC., ) | |
| Defendant. ) | |

Pending before the Court is the Motion to Stay [# 9]. The Court **GRANTS** the motion [# 9]. The Court **STAYS** these proceedings pending the transfer of the case to the multidistrict litigation.

Signed: March 10, 2014

Dennis L. Howell
United States Magistrate Judge